■ In the Matter of BROOKLYN UNION GAS COMPANY v COMMISSIONER OF DEPARTMENT OF FINANCE OF THE CITY OF NEW YORK. — Motion for clarification, resettlement and/or reargument denied; *sua sponte,* petitioner granted leave to appeal to the Court of Appeals on the basis of the following certified question: "Was the order of this court, which annulled and vacated the determinations of the respondent Finance Department, properly made?" Concur — Kupferman, J. P., Ross, Carro and Bloom, JJ.

■ In the Matter of MARK KRESSNER and MICHAEL B. SCHULMAN, Attorneys. — Motion granted and the order of this court entered on May 16, 1985 (108 AD2d 334) is modified to reflect August 16, 1985 as the effective date of respondent Kressner's suspension. Concur — Kupferman, J. P., Ross, Carro, Bloom and Kassal, JJ.